In the Matter of Proving the Will of CATHERINE A. TONE, Deceased.

MARY F. TONE, Appellant; JOSEPH H. MCMAHON, Respondent.

*Matter of Tone*, 186 App. Div. 361, affirmed.

(Argued May 19, 1919; decided June 3, 1919.)

APPEAL· from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1919, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Catherine A. Tone, deceased. The will was contested by a grandchild of testatrix on the ground that by its provisions more than one-half of the whole estate was given to a religious and charitable institution. The Appellate Division held that where a testator dies leaving him surviving neither wife, child nor parent, a devise of more than half of his estate to the corporations or any of them enumerated in section 17 of the Decedent Estate Law is valid, although the testator may be survived by descendants in a remoter degree than a child.

*William Barnes* and *Abraham Greenberg* for appellant. *Daniel Daly* for respondent.

Order affirmed, with costs payable out of the estate, on opinion of PAGE, J., below.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.